# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Originally Filed: September 4, 2025
Reissued for Public Availability: October 31, 2025

\* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

KENDALL A. SCHRADER,       \*

                       \*

       Petitioner,       \*       No. 25-601V

                       \*

v.                        \*       Special Master Dorsey

                       \*

SECRETARY OF HEALTH       \*
AND HUMAN SERVICES,       \*

                       \*

       Respondent.       \*

                       \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS[1]

On April 7, 2025, Kendall A. Schrader ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2] Petitioner alleged that she suffered temporary disability as a result of a tetanus, diphtheria, and pertussis ("Tdap") vaccine received on September 20, 2024. Petition at Preamble (ECF No. 1).

On September 4, 2025, Petitioner filed a notice of voluntary dismissal pursuant to Vaccine Rule 21(a). Petitioner's Notice of Voluntary Dismissal, filed Sept. 4, 2025 (ECF No. 12).

Under Vaccine Rule 21(a), which governs dismissal of a petition, "Petitioner may dismiss the petition without order of the special master or the court by filing: . . . a notice of dismissal at any time before service of [R]espondent's report." Vaccine Rule 21(a)(1)(A). Unless stated otherwise, the dismissal is without prejudice. Vaccine Rule 21(a)(2). "A petition dismissed under this subdivision (a) will not result in a judgment pursuant to Vaccine Rule 11 for purposes of 42 U.S.C. § 300aa-21(a)." Vaccine Rule 21(a)(3).

---

[1] Pursuant to Vaccine Rule 18(b), this Order was initially filed on September 4, 2025, and the parties were afforded 14 days to propose redactions. The parties did not propose any redactions. Accordingly, this Order is reissued in its original form for posting on the Court's website.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Order to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

In accordance with Vaccine Rule 21(a), this case is hereby **dismissed without prejudice**. The Clerk of Court is instructed that **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a)(3).

　　**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master
